

# IN THE
# TENTH COURT OF APPEALS

### No. 10-12-00221-CR

**DENNIS MICHAEL ARENAS,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the County Court at Law No 2
### Brazos County, Texas
### Trial Court No. 11-00041-CRM-CCL2

## MEMORANDUM  OPINION

Dennis Michael Arenas appeals from his misdemeanor conviction.  Sentence was imposed on February 22, 2012, and a timely motion for new trial was filed on March 23, 2012.  The notice of appeal must have been filed on or before May 22, 2012, but it was filed on June 15, 2012 and no motion to extend time was filed. *See* TEX. R. APP. P. 26.2(a)(2) (providing that notice of appeal must be filed within 90 days after sentence imposed if defendant timely files motion for new trial).  The appellate court may extend the time to file the notice of appeal if, within 15 days after the deadline for filing the

notice of appeal, the party files the notice of appeal in the trial court *and* files a motion complying with Rule of Appellate Procedure 10.5(b) (a motion to extend time to file notice of appeal). *See* TEX. R. APP. P. 26.3.

The Clerk warned Arenas that the Court would dismiss his appeal because his notice of appeal was not timely filed unless, within 21 days, a response was filed showing grounds for continuing the appeal. No response has been filed.

Because Arenas's notice of appeal is untimely, we lack jurisdiction and dismiss his appeal.


REX D. DAVIS
Justice


Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Opinion delivered and filed June 27, 2013
Do not publish
[CR25]